UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
THE NEW YORK CITY DISTRICT          :
COUNCIL OF CARPENTERS PENSION   :
FUND et al.,                                             :
:
       Plaintiffs,                       :
:
   -against-                                          :
:
DELTA EXCAVATING CORP.,              :
:
       Defendant.                        :
:
------------------------------------------------------x



08 Civ. 7149 (GEL)

**ORDER**

**GERARD E. LYNCH**, <u>District Judge</u>:

    Plaintiffs having filed a complaint seeking an order confirming an arbitration award and other relief, it is hereby ORDERED that:

    1. Plaintiffs shall serve defendant with the complaint no later than September 5, 2008;

    2. Defendant shall serve and file an answer, or other responsive submission, no later than September 19, 2008;

    3. Reply papers, if any, shall be served and filed no later than September 26, 2008; and

    4. The parties are ordered to appear before the Court on October 3, 2008, at 3:00 p.m., for a hearing on the complaint.

SO ORDERED.

Dated: New York, New York
       August 28, 2008

                                                  /s/ Gerard E. Lynch
                                               GERARD E. LYNCH
                                               United States District Judge