## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 7149                                                         Purchased/Filed: August 11, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*Delta Excavating Corp.*                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ August 14, 2008 ___, at ___ 2:00pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits and Judges Rules

on

_____ Delta Excavating Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section  306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 38 __   Approx. Wt: __ 145 __   Approx. Ht: __ 5'5" __
Color of skin: __ White __   Hair color: __ Blonde __   Sex: __ F __   Other: _____

Sworn to before me on this

19th day of  _____ August, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0807913

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**